### BASS et al. v. ELY et al.
### No. 3121.

Court of Civil Appeals of Texas. El Paso.
Jan. 10, 1935.

R. H. Sigler, of Athens, for appellants.

Wynne & Wynne, of Athens, for appellees.

WALTHALL, Justice.

This case presents an appeal from an order of the district court of Henderson county dissolving a temporary writ of injunction.

The transcript does not show a perfected appeal, in that no appeal bond is found among

the papers of the case, and the transcript does not show that an appeal bond has been filed in the case.

For the reason that an appeal bond has not been filed in the case, the appeal is dismissed.